IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTONIO J. WEAVER, )<br>  )<br>  Petitioner, )<br>  )<br>  v. )<br>  )<br>ROLANDA CALLOWAY, et al., )<br>  )<br>  Respondents. ) | CIVIL ACTION NO.<br>3:25cv398-MHT<br>(WO) |

**OPINION**

Pursuant to 28 U.S.C. § 2254, petitioner, a state prisoner, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas petition be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of February, 2026.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE