IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANTONIO J. WEAVER, )<br>    )<br>    Petitioner, )<br>    )<br>    v. )<br>    )<br>ROLANDA CALLOWAY, et al., )<br>    )<br>    Respondents. ) | CIVIL ACTION NO.<br>3:25cv398-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is dismissed without prejudice for failure to follow a court order and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of February, 2026.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE